

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that the following motions set for May 25, 2005, are hereby CONTINUED and reset for hearing on **Wednesday, June 1, 2005, at 9:30 a.m.**

**cr87-330**  UNITED STATES OF AMERICA V JOHN W. HOWARD
Motion by John W. Howard to expunge (61)

**cr00-119**  UNITED STATES OF AMERICA V GILES MCGEE
Motion by Giles McGee to correct oversight in sentence (42)

**03-2870**  JOHN DOE, ETC. V TANGIPAHOA PARISH SCHOOL BOARD, ET AL
Third motion for contempt of Court filed by John Doe (47)

**04-1778**  UNITED STATES OF AMERICA, ETC. V CONTINENTAL COMMON, INC.
Motion by United States of America ex. rel. Schumann Rafizadeh for preliminary injunction to preserve asset or in the alternative to place all sales proceeds of 1010 Common into the registry of the Court (11)

New Orleans, Louisiana, this 13th day of May 2005.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

___Fee_____
___Process_____
X  Dktd_____
___CtRmDep KC
___Doc.No._____