FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 16 PM 2:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-119 |
|---|---|---|
| v. | * | SECTION: "C" |
| GILES MCGEE | * | |
| | * * * | |

GOVERNMENT'S MOTION TO EXTEND TIME WITHIN WHICH TO
RESPOND TO PETITIONER'S MOTION TO CORRECT OVERSIGHT IN SENTENCE

**NOW INTO COURT**, comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect moves this Honorable Court for an extension within which to respond to the petitioner's Motion To Correct Oversight In Sentence, for the following reasons:

This file was recently assigned to the undersigned Assistant United States Attorney and additional time is needed to review and become familiar with the nature of the file.

The notice of hearing indicates that this motion will be brought before the Court on May 25, 2005. The government's response to the petition of the prisoner, Giles McGee, is due on May 17, 2005.

1

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

**WHEREFORE,** for the foregoing reasons, the government requests additional time of one week, or a time set by the Court, to file its response.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
TRACEY N. KNIGHT
Assistant United States Attorney
Bar Roll No. 23165
Hale Boggs Federal Building
500 Poydras Street, 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3080

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ____ day of _____, 2005.

_____
Assistant United States Attorney

2