UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-119** |
| v. | * | SECTION: "C" |
| **GILES MCGEE** | * | |

\* \* \*

Considering the foregoing;

**IT IS HEREBY ORDERED** that the government's response to the Motion To Correct Oversight In Sentence of the petitioner, Giles McGee, due on May 17, 2005, be continued until the _24_ day of _May_, 2005.

New Orleans, Louisiana, this _17_ day of May 2005.

_____
UNITED STATES DISTRICT JUDGE

3

___ Fee _____
___/Process _____
X/ Dktd _____
___ CtRmDep _____
___ Doc. No. _____